# GS2LAW

Garson, Segal, Steinmetz, Fladgate LLP

Partners
Robert Garson ◊
Thomas Segal ˆ
Michael Steinmetz ∝ *
Chris Fladgate °
Additional Bar Memberships
◊ England and Wales
ˆ Paris
* New Jersey
∝ Patent Bar
° Victoria (Australia)
∇ Israel

Of Counsel
Stephen Greenwald
Timothy Kendal ◊
Ilan Ben Avraham ∇
John Lane ∝

Tel:  +1 (212) 380-3623
Fax: +1 (347) 537-4540

Email: rg@gs2law.com

Hon. Deborah A. Batts
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312                                February 27, 2015

Re: *Seduka LLC v. Street Moda LLC.,* 1:14-cv-00271 (DAB)(GWG)

Dear Judge Batts,

We represent Seduka, LLC, the Plaintiff in the above-referenced case, and write to request the scheduling of an Initial Case Conference or for the Court to issue an Order of Reference to the Magistrate Judge.

Since the motion to dismiss Street Moda LLC's counterclaim was finally submitted on March 31, 2014 there has been no movement since and, we submit it is in the interests of justice to advance the discovery process at this stage.


Respectfully submitted



Robert Garson


cc: Lauren Rader (via email)