**Exhibit A**

STREET 000392

DEFENDANT'S
EXHIBIT
SBR 11/18/15
PENGAD 800-631-6989

**ATTN VENDORS: PLEASE CONTACT Danny Shaw FOR ROUTING INSTRUCTIONS.**
**DO NOT SHIP BEFORE CONTACTING Danny : logistics@streetmoda.com or 502-491-1889 ext 109**

104 Production Court Suite 104
Louisville, Kentucky 40299
United States
OFFICE: 502-491-1889 ext 110  FAX: (502) 491-1585

| VENDOR | Sedata LLC |
| SALES/PURCHASE ORDER | |
| NO. | MO-021313K |

| ORDER DATE | 02/13/13 | PAGE | OF | TERMS | Net 60 |
| SHIP DATE | | CANCEL DATE | | SHIP VIA | Fed EX account # 355771963 if under 150Lbs OR Call Danny Shaw |
| | 9/18/2013 | | 09/25/13 | | logistics@streetmoda.com 502-491-1889 Ext 109 |

### SHIP OR CANCEL
### DO NOT BACKORDER

**Men's Outerwear**

NAME: Matt Kubancik
PHONE: (502) 491-1889
Mobile (502) 216-3277

VENDOR CUSTOMER SHIP TO
Streetmoda, LLC
104 Production Court
Suite #104
Louisville, Kentucky 40299
United States

ALL INJURO RELATED QUESTIONS
PLEASE CALL TIFFANY GASKIN
AT (502) 817-6764                FAX (502) 491-1585

**SPECIAL INSTRUCTIONS IMPORTANT PLEASE READ**
PLEASE CONTACT Danny Shaw @ logistics@streetmoda.com or 502-491-1889 ext 109
**DO NOT SHIP VIA YOUR OWN UPS OR FEDEX ACCOUNT. THANK YOU!**

| Brand | Style Name | Style Number | Color | BBBP | OSFA | XS | S | M | L | XL | XXL | 3XL | 4XL | 5XL | 6XL | | Total Price | Unit Price | TOTAL Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sedata LLC | Leather Sherpa Villian JKT | PL 706939 | Camel/Cream | | | | 15 | 45 | 45 | 45 | 15 | 15 | | | | 15 Case Packs | 180 | 32 | 5760 |
| Sedata LLC | Officers Coat with Storm Flap & Zip | PL 706934 | Black | | | | 15 | 45 | 45 | 45 | 15 | 15 | | | | 15 Case Packs | 180 | 24 | 4320 |
| Sedata LLC | Officers Coat with Storm Flap & Zip | PL 706934 | Charcoal | | | | 12 | 29 | 30 | 30 | 12 | 12 | | | | 12 Case Packs | 144 | 24 | 3456 |
| Sedata LLC | Draped Neck Boy Coat | PL 706534 | Black | | | | 15 | 45 | 45 | 45 | 15 | 15 | | | | 15 Case Packs | 180 | 22 | 3960 |
| Sedata LLC | Draped Neck Boy Coat | PL 706534 | Charcoal | | | | 10 | 30 | 30 | 30 | 10 | 10 | | | | 10 Case Packs | 120 | 22 | 2640 |
| | | | | | | | | | | | | | | | | | 0 | | 0 |
| | | | | | | | | | | | | | | | | | 0 | | 0 |
| | | | | OSFA | XS | S | M | L | XL | XXL | 3XL | 4XL | 5XL | 6XL | | | 804 | TOTAL | 20136 |

**DO NOT SHIP BEFORE CONTACTING Danny Shaw at 502-491-1889 ext. 109 or e-mail logistics@streetmoda.com**
( NOTE ANY SHIPMENT OVER 10 CASES NEEDS TO BE PALLATIZED AND SHRINK WRAPPED IF POSSIBLE)
PLEASE INCLUDE ALL OF THE FOLLOWING ; CASE COUNTS, SHIPMENT WEIGHT, SKID COUNT, ADDRESSS OF ORIGIN

| | | Date Rec'd |
|---|---|---|
| Total Rec'd (DO NOT TOUCH) | 480 | 10/29/2013 |
| | | 12300 |
| Still waiting on | 324 | 7776 |