**Exhibit H**



| Invoice No | 935103 |
|---|---|
| Invoice Date | 11/13/2013 |
| Account No | 0W083170750 |
| Account | STREET MODA |

### Via Central Transport - CTII on October 28, 2013

| | | Shipper | Consignee |
|---|---|---|---|
| Account# | 0W083170750 | ACE WORLD CLASS | ACE WORLD CLASS |
| PRO# | 41476116235 | 3416 GARFIELD AVE | 3416 GARFIELD AVE |
| BOL# | 3946372 | COMMERCE CA, 90040 | COMMERCE CA, 90040 |
| Purchase Order # MO-0121313K2 | | | |

| PCS | PKG | Description | Service | Class | Weight | Charges |
|---|---|---|---|---|---|---|
| 8 | PCS | 196 FOOTWEAR CL-150 | | 150 | 5880 | 0.00 |
| | | LH CHGS FROM 37217 TO 90040 | | | | 3,288.00 |
| | | Insurance | | | | 20.00 |

| Total Pieces | Total Charges |
|---|---|
| 8 | 3,308.00 |

### Via Central Transport - CTII on October 28, 2013

| | | Shipper | Consignee |
|---|---|---|---|
| Account# | 0W083170750 | MICHAEL ANTONIOS | STREET MODA LLC |
| PRO# | 41494035946 | 5161 RICHTON ST | 104 PRODUCTION CT |
| BOL# | 3950229 | MONTCLAIR CA, 91763 | LOUISVILLE KY, 40299 |
| Purchase Order # WB-101113-3, WD-10 | | | |
| Purchase Order # WB-101113-3 | | | |

| PCS | PKG | Description | Service | Class | Weight | Charges |
|---|---|---|---|---|---|---|
| 2 | PCS | FOOTWEAR | 28160 | 150 | 1379 | 432.56 |
| | | FUEL SURCHARGE | | | | 93.00 |
| | | Insurance | | | | 20.00 |

| Total Pieces | Total Charges |
|---|---|
| 2 | 545.56 |

### Via Central Transport - CTII on October 28, 2013

| | | Shipper | Consignee |
|---|---|---|---|
| Account# | 0W083170750 | OPPO ORIGINAL CORP | STREET MODA LLC |
| PRO# | 41485274074 | 108 118 BREA CANYON RD | 104 PRODUCTION CT |
| BOL# | 3950191 | CITY OF INDUSTRY CA, 91789 | LOUISVILLE KY, 40299 |
| Purchase Order # WB102213 | | | |
| Purchase Order # PO#WB-102213 | | | |

| PCS | PKG | Description | Service | Class | Weight | Charges |
|---|---|---|---|---|---|---|
| 1 | PCS | FOOTWEAR | | 150 | 788 | 290.84 |
| | | FUEL SURCHARGE | | | | 62.53 |
| | | Insurance | | | | 20.00 |

| Total Pieces | Total Charges |
|---|---|
| 1 | 373.37 |