**Exhibit I**


**BY JOE DAHAN**

**BEDUKA JEANS**
400 BROADWAY
9th FLOOR
NEW YORK, NY 10018
Telephone 212/719-5500
Fax 212/921-7786
DUNS# 01-339-5840

# Invoice 14973

Rec 10/29/13

**REMIT TO:**
This invoice is assigned to, owned by, and payable only to:
Wells Fargo Bank N.A.
P.O. Box 842665 Boston, MA 02284-2665
to whom notice must be given of any merchandise returns or claims
Payment made to any other party does not constitute valid payment of this invoice

Bill To: STREEM

STREET MODA
104 PRODUCTION COURT
SUITE 104
LOUISVILLE, KY 40299

Phone: 502/491-1889 110
Fax:

Ship To:

STREET MODA
104 PRODUCTION COURT
SUITE 104
LOUISVILLE, KY 40299

MO-021313K

| Date | Payment Due | Ship Via | F.O.B. | Terms | Credit Approval # |
|---|---|---|---|---|---|
| 10/09/13 | 10/09/13 | ROUTING | WAREHOUSE | WF30 | |

| Purchase Order Number | Dept | Factor # | Salesperson | Packing Slip# | Alloc# |
|---|---|---|---|---|---|
| MO-012 1313K | MENS | | MD | 2625 | 411 |

| Quantity Ship | U/M | #ofCtns | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 180 | EA | | RP-7068SM | LEATHER SHERPA VLLN JKT CAMEL/CREAM | 32.00 | 5760.00 |
| 180 | EA | | RP-7065BLKSM | DRAPED NECK SPY COAT BLACK | 22.00 | 3960.00 |
| 120 | EA | | RP-7065CHRSM | DRAPED NECK SPY COAT CHARCOAL | 22.00 | 2640.00 |

OK to pay JB 11/9/13

| 480 | Totals | | | | | |

CONTACT DANNY SHAW @502-491-1889 EXT 109 OR EMAIL LOGISTICS@STREETMOPDA.COM
BEFORE SHIPPING
SHIPMENT OVER 10 CASES MUST BE PALLETIZED AND SHRINK WRAPPED
MARK WITH CASE COUNT, WEIGHT, SKID COUNT AND WAREHOUSE ADDRESS

No returns will be accepted without a Return Authorization.
ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF GOODS.

Subtotal: 12360.00

Please Remit: 12360.00

Customer Original                     Page 1

STREET 000550